United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                        Chapter 13
ROBERT   PETHERBRIDGE
KRISTA   PETHERBRIDGE

Debtor(s)                              Bankruptcy No.   1012924

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of               , 201_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that ROBERT E.   TINNEY              counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

ROBERT E.   TINNEY
P.O. BOX 563

CHESTER HEIGHTS   PA   19017


Debtor(s)

ROBERT   PETHERBRIDGE
KRISTA   PETHERBRIDGE

861 WYNDOM TERRACE
SECANE   PA   19018